*Decisions Rendered April 6, 1886.*

BERRY et al. vs. TURNER, et al EXECUTORS.

COMPLAINT FOR LAND, FROM HANCOCK. Res Adjudicata. Equitable Pleadings. Words and Phrases. Decrees. New Trial. (Before Judge Lumpkin.)

Jackson, C. J.—1. Under equitable pleadings in an ejectment case, one issue being what amount the defendants were indebted to the plaintiffs on account of money for necessaries furnished to the former, and on a former hearing in this court it having been held that the court, under an equitable plea, would justify "expenditures reasonably necessary for her (one of the defendants) and her children," such reasonable necessaries, including plantation tools, and food for hands and stock on a plantation where she and her family were supported, and a recovery therefor, was properly sustained. Berry *et al*, and Turner *et al*, (February Term. 1885, pam. p. 28.)

2 No error in the decree appears, but were the decree wrong, it would furnish no ground of a motion for a new trial.

Judgment affirmed.

Seaborn Reese; J. T. Jordan, for plaintiffs in error.

C. W. DuBose; James A. Harley, for defendants.